UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

VERNA K.,

     Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

     Defendant.

Case No. 3:25-cv-223

District Judge Michael J. Newman
Magistrate Judge Karen L. Litkovitz

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE (Doc. No. 15); (2) AFFIRMING THE ALJ'S
NON-DISABILITY FINDING; AND (3) TERMINATING THIS CASE ON THE
DOCKET**

---

This Social Security appeal is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Karen Litkovitz (Doc. No. 15), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Judge Litkovitz recommends that the Administrative Law Judge's ("ALJ's") non-disability finding be affirmed.  Plaintiff has not objected to the R&R, and the time for doing so has passed.

The Court has reviewed the comprehensive findings of the Magistrate Judge.  The Court concludes that the R&R sets forth the applicable law and is well reasoned.  Accordingly, it is hereby **ORDERED** that: (1) the R&R is **ADOPTED**; (2) the ALJ's non-disability finding is **AFFIRMED**; and (3) this case is **TERMINATED** on the Court's docket.

     **IT IS SO ORDERED.**

June 22, 2026                                      s/*Michael J. Newman*
                                                  Hon. Michael J. Newman
                                                  United States District Judge